```
NEVADA DEFENSE GROUP
Damian R. Sheets, Esq.
Nevada Bar Number 10755
714 S. 4th Street
Las Vegas, Nevada 89101
(702) 988-2600
(702) 988-9500
dsheets@defendingnevada.com
```
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KYLE ALEXIS MEDINA,<br><br>　　　　　Defendant. | Case No. 2:21-mj-00949-DJA<br><br>**ORDER** **to Continue Trial**<br>**(Second Request)** |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason Frierson, Angelica Marmorstein, Assistant United States Attorney, counsel for the United States of America, and Damian Sheets, counsel for the defendant, that the bench trial in the above-captioned matter, currently scheduled for August 10, 2022 at the hour of 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than 60 days.

　　　This stipulation is entered into for the following reasons:

　　　1.　　The parties need additional time to review the discovery and to explore a pretrial resolution.

　　　2.　　Defendant is out of custody and agrees to the continuance.

3.  The additional time requested herein is not sought for purposes of delay, but to allow counsel sufficient time within which to be able to effectively complete a review of the discovery materials, prepare for trial, and explore a pretrial resolution.

4.  This is the first request for continuance of the trial in this case.

DATED this 9th day of August, 2022.

|  | Respectfully submitted, |
|---|---|
|  | JASON M. FRIERSON<br>United States Attorney |
| s/ Damian R. Sheets<br>DAMIAN SHEETS<br>Counsel for Defendant | s/ Angelica Marmorstein<br>ANGELICA MARMORSTEIN<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:21-mj-00949-DJA |
|---|---|
| Plaintiff, | ORDER to Continue Trial (Second Request) |
| v. | |
| KYLE ALEXIS MEDINA, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The parties need additional time to review the discovery in order to prepare for trial and explore a pretrial resolution.

2. The defendant is not in custody and does not object to the continuance.

3. The parties agree to the continuance.

///
///
///
///
///
///
///
///
///

3

4.  This request for a continuance is made in good faith and is not intended to delay the proceedings in the matter.

5.  Denial of this request for continuance would result in a miscarriage of justice.

## ORDER

IT IS HEREBY ORDERED that the trial date in the above-captioned matter currently scheduled for August 10, 2022, at the hour of 10:00 a.m. is hereby VACATED, and RESET for October 26, 2022, at 9:00 a.m., Courtroom 3A.

DATED this __10th__ day of August, 2022.

_____
HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

4